CARROLL *v.* WARDEN OF MARYLAND
PENITENTIARY
[P. C. No. 93, September Term, 1959.]

*Decided April 18, 1960.*

Before BRUNE, C. J., and HENDERSON, HAMMOND and
HORNEY, JJ.

PER CURIAM.

The petitioner's contentions deal mainly with the alleged
insufficiency of the evidence to convict, which is not a ground
for post conviction relief. *Banks v. Warden,* 221 Md. 592,
155 A. 2d 697. Although he complains that he was not given
a transcript of the testimony of his original trial, there is no
allegation that he either requested such a transcript or that
he sought an appeal and was prevented from perfecting it as
a result of being denied the transcript, or otherwise. His ap-
plication to the lower court shows no grounds for relief under

the Post Conviction Procedure Act, and his application for leave to appeal is denied.

*Application denied.*